AMELIA P. STANTON, Appellant, *v.* RALPH GRANGER, Respondent, Impleaded with Another.

*Stanton* v. *Granger*, 125 App. Div.174, affirmed.
(Argued November 11, 1908 ; decided December 1, 1908.)

APPEAL, by permission, from an order of .the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1908, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to compel specific performance of an alleged contract to convey real property.

The following question was certified:

"Does the complaint in this action state a cause of action as against the defendant Ralph Granger?"

*Walter E. Warner* and *Thomas P. Mulligan* for appellant.

*James M. Gifford* and *John D. Fearhake* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of J. WARREN LAWTON, Appellant, *v.* THE CITY OF NEW ROCHELLE, Respondent.

*Matter of Lawton* v. *City of New Rochelle*, 123 App. Div. 832, affirmed.
(Argued November 11, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1908, which reversed an order of Special Term appointing commissioners to determine the compensation to which petitioner is entitled by reason of the change of grade of a certain street in the city of New Rochelle.

*William H. Maginnis* and *John Cummins* for appellant.

*Michael J. Tierney* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not voting: HAIGHT, J.